UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BARR JR., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS OFFICER MCKINNEY, et al., <br><br> Defendants. | CASE NO. C19-1725 RSM-BAT <br><br> **REPORT AND RECOMMENDATION** |

In October 2019, plaintiff, a King County Jail detainee, filed a *pro se* civil rights complaint. Dkt. 1, 12. Because the complaint failed to set forth sufficient facts to state a claim the court granted plaintiff leave to file an amended complaint. Dkt. 13. On November 15, 2019, plaintiff filed an amended complaint. Dkt. 15. The Court again found it deficient, granted plaintiff leave to again amend, and advised plaintiff if another deficient complaint was filed the court would recommend dismissal. Dkt. 17.

Before the Court is plaintiff's second amended prisoner civil rights complaint against King County Corrections Officers "Allen," "McKinny," and "Weiss." Dkt. 18. The second amended complaint still fails to state a claim upon which relief may be granted and the Court accordingly recommends it be dismissed without prejudice.

**DISCUSSION**

REPORT AND RECOMMENDATION - 1

1    The second amended complaint alleges:

2    When being booked in made me really aliases's to send me on chain for transportation and other county. I was arrested for walking along the street intoxicated the correctional officers said they think it is more made me when you aliases's to keep under control so no one has to know and that no one dare change of thing about what they say hold they run the jail any and all of the ways that they feel the need to.  police officers would have me in booking correctional officers said they missed me and there is no one to help me all have this one all user of learn to do what they tell me and run or else I will get different charges then they said they weren't going to try it again I am not taking to court released and told remember officers are watching all he had to do was make a telephone call and his boys or his dog would come and find me and chew my ass up.

Being regional every 6 foot tall black inmate convict in the county was put in unit with me. I need to learn and know how to be when it comes to African Americans when they come they come all cops convicts in the whole region to set and show they have power to do any and everything they claim near please like run this here jail all of the ways that they want and there's no one going to believe a lying two face snitch that told on correctional officers whole gang and remember this is just county jail wait until I go up state where I will be transferred to all prisons in America by any one of their correctional officers here or there prison or county city next I will not be allowed to look at another race if a black man says and that will be my new future for all to see and know me all of the way around no more native mate only black no.

I need to sit where any officer tell me let go of the outside no cares for me. Black is beautiful black is power black is most controlling all black will never let me free all black control me man woman or child I am nothing I am no one not here not allowed to think a breath only if a black correctional officer tell me I can if they are not black they will not be knowing the likes of me my mother that whole little town I call reservation because when one black want to own and control someone like me all black come to aid the black race and keep it going for all eternity never to be stopped not by some scrub nobody native soon with no family or friends to speak of only black run the county to speak and do all things said of officer Allen and officer McKenney and officer Weiss not mention Maleng and RJC staff that is how black people role.

Dkt. 18 (amended complaint).

REPORT AND RECOMMENDATION - 2

1  The Court may dismiss a complaint if it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B). Plaintiff was earlier advised this matter would be dismissed if he filed a complaint that did not set forth facts about what each officer did that violated his rights, and the dates the officers committed the acts. The second amended complaint fails to plead sufficient facts showing defendants violated plaintiff's federal constitutional or statutory rights. Thus, construing the complaint's allegations in the light most favorable to plaintiff, and considering plaintiff's *pro se* status, the Court concludes the complaint fails to state a claim upon which relief may be granted and should accordingly be **DISMISSED** without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Plaintiff shall not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case. Objections, however, may be filed no later than **December 17, 2019.** The Clerk should note the matter for **December 19, 2019**, as ready for the District Judge's consideration. Objections shall not exceed **5 pages**. The failure to timely object may affect the right to appeal.

DATED this 4th day of December, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3

1 .

REPORT AND RECOMMENDATION - 4